IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







No. PD-0470-07






ARTHUR LEE WILLIAMS, Appellant



v.



THE STATE OF TEXAS






On Discretionary Review of Case 09-06-000103-CR of the


Ninth Court of Appeals,


Montgomery County




 


 Womack, J., filed a concurring opinion.



 I agree with the Court's statement, ante, at 11, that "'destroy' is distinct from  'alter.'" I
write only to say that, while "destroy" and "alter" are different, they may not be mutually
exclusive. When something is destroyed, it may be said to have been altered.


Filed November 26, 2008.

Publish.